FILED

09/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0336

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GINA DELIGHT KRUEGER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 22, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 15 2021